United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-11248-sr
Yvonne D. Jackson                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Tasha              Page 1 of 3              Date Rcvd: Jul 18, 2016
                               Form ID: 138NEW          Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2016.
```
db              +Yvonne D. Jackson,    5306 W. Berks Street,    Philadelphia, PA 19131-3215
cr              +American Home Mortgage Servicing, Inc,    1525 S Beltline Rd #100N,    Coppell, Tx 75019-4913
cr               Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    P.O. BOX 24605,
                  West Palm Beach, FL  33416-4605
cr              +Wells Fargo Bank, N.A., as Trustee for Option One,    c/o Parker McCay,
                  Three Greentree Centre, Suite 401,    7001 Lincoln Drive West,    PO Box 974,
                  Marlton, NJ 08053-0974
cr              +Westlake Financial Services,    501 Elm Street, Suite 400,    Dallas, TX 75202-3392
12298742         ACS,   P.O. Box 7051,    Utica, NY  13504-7051
12298743        +AES,   P.O. Box 2461,    Harrisburg, PA 17105-2461
12298744        +AES/Keystone,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
12298748       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: AmeriCredit,    P.O. Box 183853,    Arlington, TX  76096)
12298747         American Home Mortgage Serv.,    P.O. Box 619063,    Dallas, TX  75261-9063
12339191        +American Home Mortgage Servicing, Inc,    1525 S Beltline Road, Suite 100 N,
                  Coppell, Texas 75019-4913
12298750         CBCS, Inc,    P.O. Box 69,    Columbus, OH  43216
12298752        +Clifford & Wills,    P.O. Box 2210,    Portland, OR 97208-2210
12298753        +Commonwealth of Pennsylvania,    c/o District Court,    625 West Ridge Pike,
                  Conshohocken, PA 19428-1180
12298754        +Credit Protection Association,    13355 Noel Road,    Suite 2100,    Dallas, TX 75240-6837
12298756       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: Direct TV, Inc.,    Customer Service,    P.O. Box 70014,
                  Boise, ID  83707-0114)
12298739        +David B. Spitofsky, Esquire,    516 Swede Street,    Norristown, PA 19401-4807
12298755        +Denisha Fields,    5306 W. Berks Street,    Philadelphia, PA 19131-3215
12298758        +ER Solutions, Inc.,    500 S.W. 7th Street,    P.O. Box 9004,    Renton, WA 98057-9004
12298757         Einstein Practice Plan, Inc.,    P.O. Box 13918,    Philadelphia, PA  19101-3918
12298759        +First National Collection Bur.,    610 Waltham Way,    Sparks, NV 89434-6695
12298760         First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
12298762        +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
12326560        +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                  Norfolk VA 23541-0907
12298767       ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
                 (address filed with court: NCO Financial Systems,    P.O. Box 41466,    Philadelphia, PA  19101)
12298764        +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12298765         NCA,   P.O. Box 550,    Hutchinson, KS  67504-0550
12298768        +Paragon Way, Inc.,    2101 W. Ben White Blvd.,    Austin, TX 78704-7516
12298771       #+Santander Consumer USA,    8585 N Stemmons FW,    Suite 1100 N,    Dallas, TX 75247-3822
12326820         Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
12298772         Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
12298775       ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
                 (address filed with court: US Department of Education,    501 Bleecker Street,
                  Utica, NY  13501)
13265489         U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                  Harrisburg, PA   17106-9184
12386965         U.S. Department of Education,    PO box 5609,    Greenville TX   75403-5609
12298776        +Verizon Pennsylvania,    500 Technology Drive,    Weldon Springs, MO 63304-2225
13161577         Wells Fargo Bank, National Association,    c/o Ocwen Loan Servicing, LLC,
                  Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605
12970992        +Westlake Financial Services,    c/o J. Ward Holliday & Assoc. P.C.,
                  501 Elm St., Suite 400, LB 13,    Dallas, TX 75202-3303
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:22     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2016 01:55:29
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2016 01:56:01     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 02:03:45     GE Money Bank,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
12298745         E-mail/PDF: recoverybankruptcy@afninet.com Jul 19 2016 02:03:04     Afni, Inc.,
                  404 Brock Drive,    P.O. Box 3427,    Bloomington, IL 61702-3427
12461740        +E-mail/PDF: recoverybankruptcy@afninet.com Jul 19 2016 02:03:54     Afni, Inc.,    PO BOX 3667,
                  Bloomington, IL 61702-3667
12298746         E-mail/Text: filinukm@einstein.edu Jul 19 2016 01:55:14     Albert Einstein Healthcare Net,
                  P.O. Box 785371,    Philadelphia, PA  19178-0001
12298749         E-mail/Text: bnc-applied@quantum3group.com Jul 19 2016 01:55:59     Applied Card Bank,
                  P.O. Box 17123,    Wilmington, DE  19850
12351285        +E-mail/Text: bncmail@w-legal.com Jul 19 2016 01:55:48     BACK BOWL I LLC,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0313-2          User: Tasha                  Page 2 of 3                  Date Rcvd: Jul 18, 2016
                              Form ID: 138NEW              Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12441091          E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:23     City of Philadelphia,
                   SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
                   1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12298751         +E-mail/Text: apotter@philapark.org Jul 19 2016 01:56:42     City of Philadelphia,
                   P.O. Box 41818,   Philadelphia, PA 19101-1818
12298740         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 19 2016 01:55:40      Frederic J. Baker, Esquire,
                   Office of U.S. Trustee,   833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
12298761         +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 02:02:44      GEMB/Lowes,    P.O. Box 981064,
                   El Paso, TX 79998-1064
12298763         +E-mail/Text: cio.bncmail@irs.gov Jul 19 2016 01:55:06     Internal Revenue Service,
                   P.O. Box 7317,   Philadelphia, PA 19101-7317
12337554          E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 19 2016 01:55:54      Jefferson Capital Systems LLC,
                   PO BOX 7999,   SAINT CLOUD MN 56302-9617
12304624         +E-mail/Text: bankruptcydpt@mcmcg.com Jul 19 2016 01:55:39      Midland Credit Management, Inc.,
                   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
12298766          E-mail/Text: bankruptcydepartment@tsico.com Jul 19 2016 01:56:37      NCO Financial Systems,
                   P.O. Box 15740,   Wilmington, DE  19850-5740
12298769         +E-mail/Text: bankruptcygroup@peco-energy.com Jul 19 2016 01:55:09      PECO Energy Company,
                   N3-2, Accounts Receivable Grp,    2301 Market Street,   Philadelphia, PA 19103-1338
12346792         +E-mail/Text: bankruptcygroup@peco-energy.com Jul 19 2016 01:55:09      PECO Energy Company,
                   c/o Merrick L. Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
12801761          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2016 02:16:52
                   Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
13024956         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2016 02:03:24
                   PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
12347669          E-mail/Text: ebn@vativrecovery.com Jul 19 2016 01:55:09     Palisades Acquisition IX, LLC,
                   Vativ Recovery Solutions LLC,   As Agent For Palisades Acquisition IX, L,    PO Box 40728,
                   Houston TX 77240-0728
12355874         +E-mail/Text: csidl@sbcglobal.net Jul 19 2016 01:56:00     Premier Bankcard/Charter,
                   P.O. Box 2208,   Vacaville, CA 95696-8208
12312183          E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2016 02:02:56
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
12298773          E-mail/Text: appebnmailbox@sprint.com Jul 19 2016 01:55:38     Sprint,    P.O. Box 219554,
                   Kansas City, MO  64121-9554
12298770         +E-mail/PDF: pa_dc_claims@navient.com Jul 19 2016 02:03:50     Sallie Mae,    P.O. Box 9500,
                   Wilkes Barre, PA  18773-9500
12298774         +E-mail/Text: bankruptcy@td.com Jul 19 2016 01:55:43     TD Bank,    P.O. Box 9547,
                   Portland, ME 04112-9547
12298777          E-mail/Text: james.feighan@phila.gov Jul 19 2016 01:56:45      Water Revenue Bureau,
                   1401 JFK Boulevard,   Philadelphia, PA  19102-1663
12298778          E-mail/Text: bankruptcynotice@westlakefinancial.com Jul 19 2016 01:55:40
                   Westlake Financial Services,   P.O. Box 54807,    Los Angeles, CA  90054-0807
                                                                                              TOTAL: 29

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, TX  76096)
cr*             +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
cr*             +PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
cr*             +PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
12312921*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, TX  76096)
13188369*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
12298741*       +Yvonne D. Jackson,    5306 W. Berks Street,   Philadelphia, PA 19131-3215
12302615      ##+Rjm Acquisitions Funding Llc,    575 Underhill Blvd,   Suite 224,    Syosset, NY 11791-3416
                                                                                              TOTALS: 0, * 7, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: Tasha                Page 3 of 3                  Date Rcvd: Jul 18, 2016
                              Form ID: 138NEW            Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2016 at the address(es) listed below:
              DAVID   NEEREN     on behalf of Creditor    Ocwen Loan Servicing, LLC as Servicer dneeren@udren.com,
               vbarber@udren.com
              DAVID   NEEREN     on behalf of Creditor    Ocwen Loan Servicing, LLC dneeren@udren.com,
               vbarber@udren.com
              DAVID   NEEREN     on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Option One
               Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 dneeren@udren.com,
               vbarber@udren.com
              DAVID B. SPITOFSKY    on behalf of Debtor Yvonne D. Jackson spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HILARY B. BONIAL    on behalf of Creditor    American Home Mortgage Servicing, Inc
               hbonial@nbsdefaultservices.com,   notice@bkcylaw.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Westlake Financial Services
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              OREN   KLEIN    on behalf of Creditor    American Home Mortgage Servicing, Inc
               BKcourtnotices@parkermccay.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STUART ISAAC SEIDEN     on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Option One
               Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 siseiden@duanemorris.com,
               pmackenzie@duanemorris.com
              STUART ISAAC SEIDEN     on behalf of Creditor    American Home Mortgage Servicing, Inc
               siseiden@duanemorris.com,   pmackenzie@duanemorris.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER     on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Option One
               Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 wmiller@sterneisenberg.com,
               nmiller@sterneisenberg.com
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Yvonne D. Jackson
    Debtor(s)

Bankruptcy No: 11−11248−sr
Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/18/16

81 − 80
Form 138_new