United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 11-11248-sr
Yvonne D. Jackson                                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Aug 23, 2016
                             Form ID: 212            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2016.
db              +Yvonne D. Jackson,    5306 W. Berks Street,    Philadelphia, PA 19131-3215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2016 at the address(es) listed below:
            DAVID  NEEREN    on behalf of Creditor    Ocwen Loan Servicing, LLC as Servicer dneeren@udren.com,
            vbarber@udren.com
            DAVID  NEEREN    on behalf of Creditor    Ocwen Loan Servicing, LLC dneeren@udren.com,
            vbarber@udren.com
            DAVID  NEEREN    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Option One
            Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 dneeren@udren.com,
            vbarber@udren.com
            DAVID B. SPITOFSKY    on behalf of Debtor Yvonne D. Jackson spitofskybk@verizon.net,
            spitofskylaw@verizon.net
            FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
            HILARY B. BONIAL    on behalf of Creditor    American Home Mortgage Servicing, Inc
            hbonial@nbsdefaultservices.com,   notice@bkcylaw.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Westlake Financial Services
            bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
            OREN  KLEIN    on behalf of Creditor    American Home Mortgage Servicing, Inc
            BKcourtnotices@parkermccay.com
            POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
            STUART ISAAC SEIDEN    on behalf of Creditor    American Home Mortgage Servicing, Inc
            siseiden@duanemorris.com,   pmackenzie@duanemorris.com
            STUART ISAAC SEIDEN    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Option One
            Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 siseiden@duanemorris.com,
            pmackenzie@duanemorris.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM EDWARD MILLER    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Option One
            Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 wmiller@sterneisenberg.com,
            nmiller@sterneisenberg.com
                                                                                          TOTAL: 14

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re:                                                                          Chapter: 13

      Yvonne D. Jackson

Debtor(s)                                                                    Case No: 11−11248−sr

_____

### ORDER

AND NOW, 8/23/16 , it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date

of this order to file

    ☑ A statement regarding completion of an instructional course concerning
personal financial management, (Official Form 23) or a request for a waiver from
such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q),
(Bankruptcy Form 283);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

For The Court

Stephen Raslavich

Judge ,United States Bankruptcy
Court