United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Yvonne D. Jackson
    Debtor

Case No. 11-11248-sr
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Aug 26, 2016
                      Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.
db         +Yvonne D. Jackson,    5306 W. Berks Street,    Philadelphia, PA 19131-3215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2016 at the address(es) listed below:
        DAVID  NEEREN   on behalf of Creditor   Ocwen Loan Servicing, LLC as Servicer dneeren@udren.com, vbarber@udren.com
        DAVID  NEEREN   on behalf of Creditor   Ocwen Loan Servicing, LLC dneeren@udren.com, vbarber@udren.com
        DAVID  NEEREN   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 dneeren@udren.com, vbarber@udren.com
        DAVID B. SPITOFSKY   on behalf of Debtor Yvonne D. Jackson spitofskybk@verizon.net, spitofskylaw@verizon.net
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        HILARY B. BONIAL   on behalf of Creditor   American Home Mortgage Servicing, Inc hbonial@nbsdefaultservices.com, notice@bkcylaw.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Westlake Financial Services bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        OREN  KLEIN   on behalf of Creditor   American Home Mortgage Servicing, Inc BKcourtnotices@parkermccay.com
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        STUART ISAAC SEIDEN   on behalf of Creditor   American Home Mortgage Servicing, Inc siseiden@duanemorris.com, pmackenzie@duanemorris.com
        STUART ISAAC SEIDEN   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 siseiden@duanemorris.com, pmackenzie@duanemorris.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD MILLER   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2007-6, Asset-Backed Certificates, Series 2007-6 wmiller@sterneisenberg.com, nmiller@sterneisenberg.com
                                                                                                                              TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Yvonne D. Jackson  : Case No. 11–11248–sr
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , August 26, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Stephen Raslavich
    Judge , United States Bankruptcy Court

88
Form 195